IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NANETTE WESLEY,

           Plaintiff,

v.

UNITED STATES OF AMERICA.,

           Defendant.

1:12-cv-600-WSD

### ORDER

The parties have advised the Court that the above case has settled. The parties are directed to file a joint stipulation of dismissal on or before May 26, 2014. The Court removes the case from its calendar and directs the Clerk to close the case administratively with the right of any party to reopen the case if the settlement is not concluded.

**SO ORDERED**, this 26th day of March, 2014.

WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE