## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

NANETTE WESLEY as Administrator )
of the Estate of TERRELL )
CONSTANTINE WESLEY, III, Deceased, )
)
     Plaintiff, )
)
V. )     Civil Action File No:
)     1:12-CV-0600-WSD
THE UNITED STATES OF AMERICA, )
)
     Defendant. )

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Nanette Wesley as Administrator of the Estate of Terrell Constantine Wesley, III, Deceased, and Defendant the United States of America do hereby, through their respective counsel of record, stipulate that all their pending claims in this action are and shall be dismissed with prejudice.   Each party shall bear her/its own costs.

Respectfully submitted, this 16th day of June, 2014.

**SALLY QUILLIAN YATES**
**UNITED STATES ATTORNEY**

  /s/ Craig R. White                              .       /s/ Neeli Ben-David**                  .
Skedsvold, White & Wesley, LLC            Assistant United States Attorney
Georgia Bar No. 753030                         Georgia Bar No. 049788
1050 Crown Pointe Parkway                   United States Attorney's Office,
Suite 710                                             600 Richard B. Russell Building
Atlanta, Georgia 30338                          75 Spring Street, S.W.
(770) 392-8610 (Telephone)                    Atlanta, Georgia 30303
(770) 392-8620 (Facsimile)                     (404) 581-6303 (Telephone)
cwhite@swandwlaw.com                        (404) 581-4667 (Facsimile)
                                                        neeli.ben-david@usdoj.gov

Counsel for Plaintiff                             Counsel for Defendant

                                                        **Signed by CRW with the express
                                                        permission of NBD

## **CERTIFICATE OF SERVICE**

I certify that I have, this day, filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following counsel of record:

> Neeli Ben-David
> Office of the U.S. Attorney for the N.D.Ga.
> 75 Spring Street, Suite 600
> Atlanta, GA 30303

This 16th day of June, 2014.

>   /s/ Craig R. White            .
> Skedsvold, White & Wesley, LLC
> Georgia Bar No. 753030
> 1050 Crown Pointe Parkway
> Suite 710
> Atlanta, Georgia 30338
> (770) 392-8610 (Telephone)
> (770) 392-8620 (Facsimile)
> cwhite@swandwlaw.com